UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 06-61607-CIV--COOKE/BROWN

SCOTT HERMAN,

    *Plaintiff,*

v.

METROPOLITAN LIFE INSURANCE, CO.,

    *Defendant.*
_____/

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court upon an independent review of the record.  On November 1, 2006, this Court issued an Order Requiring Counsel to Meet and File Joint Scheduling Report (DE 3).  Pursuant to this Order the Plaintiff was informed that he must file a Joint Scheduling Report within 45 (forty-five) days of the Defendant's appearance in this action.  The Defendant filed its initial appearance on November 20, 2006, however, as of the date of this Order the Parties have yet to file a Joint Scheduling Report.  Accordingly, it is hereby

ORDERED AND ADJUDGED that on or before January 22, 2007 Plaintiff shall show cause as to why this Case should not be dismissed for failure to comply with this Court's Order Requiring Counsel to Meet and File Joint Scheduling Report Order.

DONE AND ORDERED in Chambers at Miami, Florida this 12th day of January, 2007.

                                                 *(signature)*
                                            MARCIA G. COOKE
Copies furnished to:                  United States District Judge

*All Counsel of Record*