UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.: 06-61607-CIV-COOKE/BROWN

SCOTT HERMAN,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE CO.,

    Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO STRIKE

THIS CAUSE is before the Court upon Defendant's Motion to Strike (DE 12), filed December 18, 2006. Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, a party may move to strike "any insufficient defense or any redundant, immaterial, impertinent, or scandalous matter" within the pleadings. Fed.R.Civ.P. 12(f). The court enjoys broad discretion in determining whether to grant or deny a motion to strike. Anchor Hocking Corp. v. Jacksonville Elec. Auth., 419 F.Supp. 992, 1000 (M.D.Fla .1976). However, "[p]artly because of the practical difficulty of deciding cases without a factual record it is well established that the action of striking a pleading should be sparingly used by the courts.... It is a drastic remedy to be resorted to only when required for the purposes of justice." Augustus v. Bd. of Public Instruction of Escambia County, Fla., 306 F.2d 862, 868 (5th Cir.1962) (internal quotation marks and citation omitted).[1] A court will not exercise this discretion unless the "challenged allegations have no possible relationship to the controversy, may confuse the issues, or otherwise prejudice a party."

---

[1] Pursuant to Bonner v. Prichard, 661 F.2d 1206, 1207 (11th Cir.1981), all decisions of the former Fifth Circuit rendered prior to October 1, 1981, are binding precedent upon this Court.

Reyher v. Trans World Airlines, Inc., 881 F.Supp. 574, 576 (M.D.Fla.1995).  See Poston v. American President Lines, Ltd., 452 F.Supp. 568, 570 (S.D. Fla. 1978).

In the present action, Defendant requests that this Court strike Paragraphs 21 (a)-(c) and 28 (a)-(c) of the Complaint on the grounds that the Paragraphs contain improper allegations concerning bad faith conduct and are immaterial to a breach of disability insurance contract action.  This Court has considered Defendant's argument and reviewed the Complaint, however, the Court is unwilling to take the drastic step of striking Paragraphs 21 (a)-(c) and 28 (a)-(c) of Plaintiff's Complaint.  Therefore, it is

ORDERED AND ADJUDGED that Defendant's Motion to Strike (DE 12) is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd  day of January, 2007.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:

All Counsel of Record