UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION
CASE NO: 06-61607-CIV-COOKE

SCOTT HERMAN,

    Plaintiff(s),

**REPORT OF MEDIATOR**

vs

METROPOLITAN LIFE INSURANCE COMPANY,

    Defendant(s),
_____/

The undersigned, Robert A. Dulberg, Certified Mediator from Salmon & Dulberg Dispute Resolution, hereby reports to this Honorable Court that a mediation conference in this cause was held on: July 12, 2007. The results of the Mediation Conference are as follows:

____ An agreement was reached. **Settlement Agreement Attached.**

✓ A **confidential** settlement agreement was reached.

____ No agreement was reached. **Impasse**

____ The parties have agreed to adjourn and reconvene at a later date to continue the mediation. The Court will be notified of the continuation date.

____ The parties have agreed to continue negotiating with the assistance of the mediator. If no further Report of Mediator is filed on or before _____ the Court shall presume that an Impasse has occurred.

____ Other: _____

Respectfully Submitted:

*[signature]*

Robert A. Dulberg
Salmon & Dulberg Dispute Resolution
Biscayne Building, Suite 511
19 West Flagler Street
Miami, Florida 33130
Telephone: (305) 371-5490
Fax: (305) 371-5492

Copies: all counsel